

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2020

No. 04-20-00027-CV

**CELTIC INSURANCE COMPANY**, Superior HealthPlan, Inc., and Cenpatico d/b/a Integrated Mental Health Services,
Appellants

v.

Rochelle **CARDONA**,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI11194
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

We granted Appellee's first and second motions for extension of time to file the brief and set the brief due on May 4, 2020. *See* TEX. R. APP. P. 38.6(b). Before the twice-extended due date, Appellee filed a third motion which requested a fourteen-day extension of time to file the brief until May 18, 2020, for a total extension of seventy days. *See id.* R. 10.5(b).

Appellee's motion for extension of time to file the brief is GRANTED. Appellee's brief is due on May 18, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2020.

_____
Michael A. Cruz,
Clerk of Court